David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

| | |
|---|---|
| Sandra Tavares | ) |
| Plaintiff, | ) **Complaint** |
| - against - | ) Case No. |
| Brand Science, LLC, | ) |
| Defendant. | ) |

RECEIVED MAR 02 2009 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff, complaining of the Defendant by her attorney, David Abrams, Attorney at Law, respectfully sets forth and alleges as follows:

## I. Introduction

1. This is an action for unpaid overtime under the Fair Labor Standards Act ("FLSA") and New York Wage & Hour Regulations.

## II. Parties

2. Plaintiff Sandra Tavares is a natural person residing in the State of New Jersey, County of Essex.

3. Upon information and belief, defendant Brand Science, LLC (the "Employer") is a New York limited liability corporation with a principal place of business in the State of New York, County of New York.

## III. Venue & Jurisdiction

4. Venue in the Southern District of New York is appropriate pursuant to 28 U.S.C. Section 1391(b)(2) in that the Employer resides in New York maintains a continuous and systematic presence in the Southern District.

5. Subject matter jurisdiction over this action exists pursuant to 28 U.S.C. Sections 1331 and 1367 in that a claim is made that arises under the laws of the United States, specifically the Fair Labor Standards Act.

6. Personal jurisdiction exists over the Employer in that this action arises from its activities in New York, specifically the employment of the Plaintiff.

### IV. Background

7. Upon information and belief, the Employer is a wholesaler of handbags, luggage, and accessories.

8. Ms. Tavares worked for the Employer for approximately 8 months years until her job ended in or about February of 2008.

9. Upon information and belief, Ms. Tavares was not paid a proper overtime premium for work in excess of 40 hours per week.

### V. Causes of Action and Demand for Relief

<u>Count One: Violation of the Fair Labor Standards Act</u>

10. The allegations contained in paragraphs 1 through 9 are incorporated as if restated herein.

11. Plaintiff was an employee of the Employer within the meaning of the Fair Labor Standards Act.

12. Upon information and belief, the Employer was an employer within the meaning of the Fair Labor Standards Act and subject to the same Act.

13. The Employer violated the Fair Labor Standards Act in that it did not properly compensate plaintiff for the overtime she worked.

<u>Count II:     Violation of New York Wage & Hour Law</u>

14. The allegations contained in paragraphs 1 through 13 are incorporated as if restated herein.

15. Plaintiff was an employee of the Employer within the meaning of New York Wage Regulations, specifically N.Y.C.R.R. Labor Section 138 et seq.

16. The Employer was an employer within the meaning of those same regulations.

17. The Employer violated the above regulations in that it did not compensate Plaintiff for the overtime hours she worked.

WHEREFORE Plaintiff demands judgment against the Employer in the amount of her unpaid compensation and overtime, lost wages, together with liquidated and other multiple damages, costs, fees, interest, and such other and further relief that the Court deems just.

Respectfully submitted,

/s/ David Abrams

David Abrams (DA-8126)
 Attorney for Plaintiff
Sandra Tavares

305 Broadway, 5th Floor
New York, NY 10007
Tel. 212-897-5821
Fax 212-897-5811

Dated: New York, NY
March 1, 2009