UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SANDRA TAVARRES,  :   09 Civ. 1894 (SHS) (MHD)

              Plaintiff,  :

   -against-  :   CONSENT TO CHANGE

BRAND SCIENCE, LLC,  :

             Defendant  :
---------------------------------------------------------------X

    IT IS HEREBY CONSENTED AND AGREED that Ira Daniel Tokayer, Esq., 405 Lexington Avenue, 7th Floor, New York, New York 10174, be substituted as attorney of record for defendant Brand Science, LLC, in place and instead of Schiff Hardin LLP, 900 Third Avenue, New York, New York 10022, in the above-captioned action.

Dated: New York, New York
        June 2, 2010

BRAND SCIENCE LLC

By: _____

SCHIFF HARDIN LLP

By: Marc L. Silverman, Esq.

SO ORDERED: 6/8/10

_____
U.S.D.J.