```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SANDRA TAVARES,                              :    09 Civ. 1894 (SHS)

               Plaintiff,          :

-against-                                    :    ORDER

BRAND SCIENCE, LLC,                          :

               Defendant.         :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion for summary judgment [13] is granted. The Clerk of Court is directed to enter judgment in defendant's favor and dismiss the complaint.

Dated: New York, New York
       June 8, 2010

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.