USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA TAVARES,

                Plaintiff,

-against-

BRAND SCIENCE LLC.,

                Defendant.
------------------------------------------------------------X

09 CIVIL 1894 (SHS)

## JUDGMENT

Defendant having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Sidney H Stein, United States District Judge, and the Court, on June 8, 2010, having rendered its Order granting defendant's motion for summary judgment, and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order, dated June 8, 2010, defendant's motion for summary judgment is granted; and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         June 10, 2010

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                          BY:

                                                        **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____